# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE YABIEL AVILES LOIZ** : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 18-5620 |
| v. : | |
| : | |
| **ANDREW SAUL, Commissioner of the** : | |
| **Social Security Administration** : | |
| *Defendant* : | |

# O R D E R

**AND NOW**, this 14th day of April 2020, upon consideration of the *Report and Recommendation* (the "R&R") issued on February 27, 2020 by the Honorable Linda K. Caracappa, United States Magistrate Judge, [ECF 28], to which no objections have been filed, it is hereby **ORDERED** that:

1. the *Report and Recommendation* is **APPROVED** and **ADOPTED**; and

2. the case is **REMANDED** to the Commissioner of the Social Security Administration ("Commissioner") so that it can be reassigned to a properly-appointed administrative law judge ("ALJ"), other than the ALJ who originally heard Plaintiff's case, for a new hearing and/or determination.[1]

    BY THE COURT:

    /s/ *Nitza I. Quiñones Alejandro*
    **NITZA I. QUIÑONES ALEJANDRO**
    *Judge, United States District Court*

---

[1] In the R&R, the Magistrate Judge recommended that this matter be remanded to the Commissioner for reassignment to a properly-appointed ALJ, consistent with the Supreme Court's decision in *Lucia v. S.E.C.*, 138 S. Ct. 2044 (2018), and the recent decision of the United States Court of Appeals for the Third Circuit (the "Third Circuit") in *Cirko v. Comm'r of Soc. Sec.*, 948 F.3d 148 (3d Cir. 2020). Accordingly, in light of the Third Circuit's decision in *Cirko*, the R&R is approved and adopted, and this matter is remanded to the Commissioner for reassignment to a properly-appointed ALJ and a new hearing and/or determination.